FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2021 MAY 18 AM 11: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LEE P. UNITT,<br><br>    *Plaintiff,*<br>v.<br><br>CESAR NOVOA, PA,<br>CARRIE HOLOWECKI, LCSW<br>AMANDA BROWN, RN<br>BETTY RICHARDS, RN<br>LISA SHOLUDKO, RN, et al,<br><br>    *Defendants.* | C.A. NO. 1:17-CV-11468-RGS |

## NOTICE OF APPEAL

Now comes the Plaintiff, Lee P. Unitt, and hereby files her Notice of Appeal of the Court's Order [Judgment], attached.

Dated: May 15th 2021.

Respectfully Submitted,

*/s/ Lee P. Unitt*

Lee P. Unitt

69 Golf Avenue

Methuen, MA 01844.

(978) 902 2146.

unittlee@gmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lee P. Unitt

      Plaintiff

      v.                               CIVIL ACTION 1:17-11468-RGS

Luis Spencer et al

      Defendants

## JUDGMENT

STEARNS, D.J.

In accordance with the court's Memorandum and Order issued on April 29, 2021, granting defendants' motion for summary judgment, it is hereby ORDERED:

Judgment entered for the defendants.

April 29, 2021
Date

By the court,
/s/ Arnold Pacho
Deputy Clerk